UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| E.A.G. (a minor),<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　Defendant. | No.  CV-13-5052-EFS<br><br>**ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION TO DISMISS HER HABEAS CORPUS PETITION** |

   On July 2, 2013, Zenaida Guevara, the "next friend" who filed this habeas petition on behalf of E.A.G., a minor, filed a letter asking the Court to dismiss the habeas petition. ECF No. 8.  This letter follows the Court's July 6, 2013 Order to Amend Or Voluntarily Dismiss Habeas Petition, which identified deficiencies with the petition.  ECF No. 7.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this habeas petition is voluntarily dismissed. *See* Rules Governing 28 U.S.C. § 2254 Habeas Petitions, Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.").

///

//

/

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The July 2, 2013 letter is **CONSTRUED** as a motion to voluntarily dismiss the habeas corpus petition; so construed, the motion is **GRANTED**.

2. The habeas petition, **ECF No. 6**, is **DISMISSED**.

3. This case shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to E.A.G. (Ms. Guevara).

**DATED** this  3rd  day of July 2013.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2013\5052.vol.dism.lc1.dotm

ORDER - 2